**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

October 24, 2016

TO ALL COUNSEL OF RECORD

    Re.    *Henry Jeovan Benavides Segovia v. Car Links Auto Group, LLC*
           Civil No.: JKB-15-2455

Dear Counsel:

    On June 30, 2016, the Court granted a request for extension of the discovery deadline and modification of the scheduling order. The deadlines have now passed and no dispositive motions have been filed. The Court therefore assumes the parties are ready to have a trial and related proceedings scheduled. Accordingly, a telephonic scheduling conference is set for **November 10, 2016 at 9:15 a.m.** Plaintiff's counsel is directed to arrange for and initiate the conference call to chambers. The guidelines set forth in Sections III and IV of the Revised Scheduling Order (ECF No. 17) shall provide the framework for the conference call.

    Despite the informal nature of this letter, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                            Very truly yours,

                                                            James K. Bredar
                                                            United States District Judge

JKB/vc